IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOCELYN SCHUTTE,<br>Plaintiff,<br><br>V.<br><br>MEGALOMEDIA, INC. and<br>MANSFIELD FILMS, LLC,<br>Defendants. | §<br>§<br>§<br>§  CIVIL ACTION NO. A-14-CV-<br>§<br>§<br>§<br>§  JURY TRIAL DEMANDED<br>§ |

## NOTICE OF CONSENT

I, Jocelyn Schutte, consent to be a party plaintiff in this action to collect unpaid overtime wages pursuant to the Fair Labor Standards Act.

_____
Jocelyn Schutte

___9/22/14_____
DATE

**EXHIBIT A**